**Xiong, Jib**

| | |
|---|---|
| **From:** | bncedi@noticingcenter.com |
| **Sent:** | Wednesday, December 11, 2024 3:02 PM |
| **To:** | Bankruptcy Account Mail |
| **Subject:** | Welcome to Electronic Bankruptcy Noticing 232775-36139 [p-224055009] |

**CAUTION! EXTERNAL :** This email originated external to Comerica Bank. Validate the sender to ensure content is safe before responding, clicking links, or opening attachments.

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 232775 - 36139
Account Name: COMERICA BANK

The point of contact listed on your agreement will have received an email with their username and password to access our online portal at https://bankruptcynotices.uscourts.gov. From this website, you can review your account information, request changes, and add additional users to access your account.

If you have any questions, please contact us.

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored email address.