United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-382 |
| COMERICA BANK § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 3 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 02/13/2025

_____
Marvin Isgur
United States Bankruptcy Judge